GINA GILBERT WINSPEAR, ESQ.
Nevada Bar No. 005552
gwinspear@dennettwinspear.com
JENNIFER INSLEY MICHERI, ESQ.
Nevada Bar No. 10089
jinsley-micheri@dennettwinspear.com
**DENNETT WINSPEAR, LLP**
3301 N. Buffalo Drive, Suite 195
Las Vegas, Nevada 89129
Telephone:    (702) 839-1100
Facsimile:    (702) 839-1113
*Attorneys for Defendant, Progressive Direct Insurance Company*

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| APRIL PRUETT, an individual,<br><br>Plaintiff,<br><br>vs.<br><br>PROGRESSIVE DIRECT INSURANCE COMPANY, an unknown entity; DOES 1 through 10, and ROE CORPORATIONS 1 through 20, inclusive,<br><br>Defendants. | CASE NO:   2:25-CV-00747-JAD-BNW<br><br>**STIPULATION AND ORDER FOR REMAND**<br><br>ECF No. 4 |

IT IS HEREBY STIPULATED by and between and JONATHAN POWELL, ESQ., of the law firm of THE PAUL POWELL LAW FIRM, attorneys for Plaintiff, APRIL PRUETT, and JENNIFER INSLEY MICHERI, ESQ., of the law firm of DENNETT WINSPEAR, LLP, attorneys for Defendant, PROGRESSIVE DIRECT INSURANCE COMPANY, that this matter be remanded, by agreement, for resolution to Nevada State Court.

The parties are remanding the within matter to the Nevada State Court Annexed Arbitration Program, with jurisdictional limits of $50,000.00, for resolution of the case within Court Annexed Arbitration.

The parties are remanding the within matter to Nevada State Court and for resolution of the dispute presented herein, and Plaintiff APRIL TRUETT hereby agrees and warrants that the damages sought by APRIL TRUETT against PROGRESSIVE DIRECT AUTOMOBILE

1  INSURANCE COMPANY in this action do not, and will not exceed $75,000.00 now or at any
2  time after being remanded to Nevada State Court.  Further, Plaintiff APRIL TRUETT hereby
3  agrees and warrants that the within matter shall be submitted to the Nevada State Court
4  Annexed Arbitration Program and for resolution within that Program.
5       Both sides acknowledge and agree that each party will bear its own attorneys fees and/or
6  costs thus far accrued.
7       Both sides acknowledge that further orders and decisions shall be entered and effective
8  through the Nevada State Court upon remand.

DATED: May 6, 2026                              DATED: May 1, 2025

**THE PAUL POWELL FIRM**                        **DENNETT WINSPEAR, LLP**

By  /s/Jonathan Powell                          By  /s/Jennifer Insley Micheri
JONATHAN POWELL, ESQ                            GINA GILBERT WINSPEAR, ESQ.
Nevada Bar No. 9153                             Nevada Bar No. 005552
8918 Spanish Ridge Avenue, Suite 100            JENNIFER INSLEY MICHERI, ESQ.
Las Vegas, Nevada 89148                         Nevada Bar No. 10089
*Attorneys for Plaintiff*                       3301 N. Buffalo Drive, Suite 195
                                                Las Vegas, Nevada  89129
                                                *Attorneys for Defendant*

### ORDER

   Based on the parties' stipulation [ECF No. 4] and because it appears that this court lacks subject-matter jurisdiction over this case, IT IS ORDERED THAT the Clerk of Court is directed to REMAND this case back to the Eighth Judicial District Court, Case Number A-25-916226-C, and CLOSE THIS CASE.

_____
U.S. DISTRICT COURT
5/8/25